AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HECTOR GUILLEN-GUILTRON | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 08CR316-DMS<br>08-MJ-0096 |

I, HECTOR GUILLEN-GUILTRON, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/7/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Hector Guillen_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER